443 A.2d 406

Commonwealth v. Turner, Appellant.

Petition for Allowance of Appeal Denied July 21, 1982.

Submitted February 9, 1981. William E. Stockey, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth appellee.

Before CERCONE, P. J., BROSKY and CIRILLO, JJ.

Judgment of sentence affirmed.